**2003–0476.   Gable v. Gates Mills.**
Cuyahoga App. No. 80469, 151 Ohio App.3d 480, 2003-Ohio-399. Reported at 99 Ohio St.3d 1435, 2003-Ohio-2902, 789 N.E.2d 1116. On motion for reconsideration. Motion granted and discretionary appeal

allowed on Proposition of Law No. I.

MOYER, C.J., and O'CONNOR, J., concur but would allow all propositions of law.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.